[No. 11668–1–I. Division One. December 19, 1984.]

*In the Matter of the Marriage of* JUDY D. HALES, *Respondent, and* THOMAS F. HALES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–07592–0, James J. Dore, J., entered April 1, 1984. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Coleman, J.


[No. 11591–0–I. Division One. December 19, 1984.]

TILE ROOF SPECIALISTS, INC., *Plaintiff,* v. JAY BROWN, ET AL, *Defendants,* DWIGHT RIDLON, ET AL, *Appellants,* J.D.M. FINANCIAL COR-PORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–05068–9, John E. Rutter, Jr., J., entered March 23, 1982. *Reversed* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Swanson and Williams, JJ.


[No. 12903–1–I. Division One. December 19, 1984.]

DOROTHY CAMER, ET AL, *Appellants,* v. DAVID STEVENS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–05340–6, Lloyd W. Bever, J., entered September 20, 1982. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Ringold, J.